IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JEFFERY CANION**                                                                                   **PLAINTIFF**

NO.   22-5236

**RELIABLE POULTRY LLC**                                                               **DEFENDANT**

### CLERK'S ORDER OF DISMISSAL

On this 25th day of January, 2023, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.


AT THE DIRECTION OF THE COURT

Heather Burns, Interim Clerk


BY:  S. Cummings
      Deputy Clerk